IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| AARON JACKSON, | ) |  |
|---|---|---|
|  | ) |  |
| **Plaintiff,** | ) |  |
|  | ) |  |
| vs. | ) | CIVIL NO. 09-110-GPM |
|  | ) |  |
| JAMES J. DAVIDSON, | ) |  |
|  | ) |  |
| **Defendant.** | ) |  |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, and the following decision was reached:

**IT IS ORDERED** that Plaintiff Aaron Jackson shall recover nothing, and the action be **DISMISSED on the merits**.

**DATED**: 06/23/09

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Linda M. McGovern
     Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
    G. Patrick Murphy
    United States District Judge